UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-57-1H(2)

UNITED STATES OF AMERICA        )
                                )
        v.                      )        INDICTMENT
                                )
JAMAAL EUGENE EVANS             )

The Grand Jury charges that:

## COUNT ONE

At all times material to this Count, RJ Tobacco Mart in Cumberland County, North Carolina was engaged in a commercial retail business in interstate and foreign commerce and was an industry which affects interstate and foreign commerce.

On or about January 14, 2014, in the Eastern District of North Carolina, JAMAAL EUGENE EVANS, defendant herein, did unlawfully obstruct, delay, and affect, and attempt to obstruct, delay, and affect, commerce, as that term is defined in Title 18, United States Code, Section 1951(b), and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951(b), of RJ Tobacco Mart.

All in violation of Title 18, United States Code, Section 1951.

## COUNT TWO

On or about January 14, 2014, in the Eastern District of North Carolina, JAMAAL EUGENE EVANS, defendant herein, knowingly used and

1

carried a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, robbery affecting interstate commerce, in violation of Title 18, United States Code, Section 1951, as alleged in Count One of this indictment, and possessed the firearm in furtherance of said crime, and said firearm was brandished, in violation of Title 18, United States Code, Sections 924(c)(1)(A).

## COUNT THREE

At all times material to this Count, Kangaroo Express in Cumberland County, North Carolina was engaged in a commercial retail business in interstate and foreign commerce and was an industry which affects interstate and foreign commerce.

On or about January 18, 2014, in the Eastern District of North Carolina, JAMAAL EUGENE EVANS, defendant herein, did unlawfully obstruct, delay, and affect, and attempt to obstruct, delay, and affect, commerce, as that term is defined in Title 18, United States Code, Section 1951(b), and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951(b), of Kangaroo Express.

All in violation of Title 18, United States Code, Section 1951.

2

## COUNT FOUR

On or about January 18, 2014, in the Eastern District of North Carolina, JAMAL EUGENE EVANS, defendant herein, knowingly used and carried a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, robbery affecting interstate commerce, in violation of Title 18, United States Code, Section 1951, as alleged in Count Three of this indictment, and possessed the firearm in furtherance of said crime, and said firearm was brandished, in violation of Title 18, United States Code, Sections 924(c)(1)(A).

**REDACTED VERSION**

Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

A TRUE BILL:

_____
FOREPERSON

DATE: 2/19/2015

THOMAS G. WALKER
United States Attorney

BY: S/ KATHERINE BURNETTE
Assistant United States Attorney

3